427 A.2d 649

**COUNTY OF ALLEGHENY, a Political Subdivision of the Commonwealth of Pennsylvania, Petitioner, Appellant at 161,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, Respondent,**

County of Dauphin et al., Intervening Party Petitioners.

Appeal of COUNTY OF BERKS at 169.

Appeal of COUNTY OF DAUPHIN at 170.

Appeal of COUNTY OF PHILADELPHIA at 171.

Appeal of COUNTY OF ADAMS at 172.

Appeal of COUNTY OF CHESTER at 173.

Appeal of COUNTY OF MONROE at 174.

Supreme Court of Pennsylvania.

Submitted March 2, 1981.

Decided April 15, 1981.

James H. McLean, County Sol., Loraine S. Tabakin, Asst. County Sol., Pittsburgh, for appellant in No. 161.

Alfred W. Crump, Jr., County Sol., Reading, for appellant in No. 169.

Robert L. Knupp, Asst. County Sol., Harrisburg, for appellant in No. 170.

Alan J. Davis, City Sol., Pauline Cohen, Chief Asst. City Sol., Philadelphia, for appellant in No. 171.

John R. White, County Sol., Gettysburg, for appellant in No. 172.

Paula D. Francisco, West Chester, for appellant in No. 173.

Alex L. Bensinger, County Sol., Stroudsburg, for appellant in No. 174.

Prince Altee Thomas, Deputy Atty. Gen., for appellees.

H. Reginald Belden, Jr., Greensburg, for Pa. State Association of County Commissioners, amicus curiae.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Order of the Commonwealth Court, 53 Pa.Cmwlth. 318, 416 A.2d 1175, is affirmed.